# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161149

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAQUILLE O'NEAL WOODS,
      Defendant-Appellant.

SC:  161149
COA:  351851
Kalamazoo CC:
  2018-000656-FH

_____/

      On order of the Court, the application for leave to appeal the January 28, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk

b1214